**Ben K. Stilfield Construction Company, Inc., Plaintiff-Appellant, v. City of Rock Island, Illinois, Defendant-Appellee.**

**Gen. No. 11,665.**

Second District, Second Division.

May 23, 1963.

Boeye and Spector, of Rock Island (Herbert M. Spector, of counsel), for appellant; Bernard C. Gillman and Dorthea O'Dean, of Rock Island, for appellee. Opinion by JUDGE SPIVEY. **Not to be published in full.**